**IN THE UNITED STATES DISTRICT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**AMERICAN NATIONAL PROPERTY AND
CASUALTY COMPANY**                                      **PLAINTIFF**

**VS.**                               **CIVIL ACTION NO.: 1:05-CV-00241-WAP-JAD**

**SANDRA HICKS, DERIK HICKS, MARY RYLAND AND
JOEL RYLAND, CIARA TODD AND CITICORP TRUST
BANK, FSB, SUCCESSOR-IN-INTEREST TO TRAVELERS
BANK AND TRUST**                                      **DEFENDANTS**

## STIPULATION OF DISMISSAL AND RATIFICATION

**COMES NOW** Defendant, Derik Hicks, by and through counsel, and hereby stipulates that he has no interest in the property made subject of the instant lawsuit, has no claim for property damages arising out of the loss to the property made subject of the instant lawsuit, whether real or personal, has no other claim for damages arising out of the subject loss to the property made subject of the instant lawsuit, whether arising from contract or tort, and otherwise has no claim against American National Property and Casualty Company, for property damage or otherwise. Derik Hicks further stipulates that he has no claim to any policy issued by ANPAC, its assigns, successors or subsidiary or affiliate companies, related to the loss at issue, including but not limited to the subject insurance policy issued by ANPAC to Sandra Hicks. Additionally, Derik Hicks stipulates that he has no claim against ANPAC of any type, whether contractual or tortious in nature, direct or indirect, compensatory or punitive, for attorneys' fees and/or costs, or otherwise, without limitation, existing now or which may arise out of the subject contract, the loss sustained and/or any actions/inactions of ANPAC, its assigns, successors, subsidiary or affiliate companies, agents, employees and/or

directors or representatives, attorneys and/or any others in privity with any of them. Finally, Derik Hicks, having no claim for damages or otherwise arising out of the loss to the property made subject of the instant lawsuit, ratifies this suit by the ANPAC against the named defendants and agrees to be bound by the final judgment of this Court. In consequence of said stipulation and ratification, the claims against Derik Hicks by American National Property and Casualty Company are hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED, this the 13th day of July, 2006.**

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE

**AGREED AS TO SUBSTANCE AND FORM:**

**/s/ B. Wayne Williams**
**Dan W. Webb, MSB #7051**
**B. Wayne Williams, MSB #9769**
**Attorneys for Plaintiff, American National Property**
**and Casualty Company**
**WEBB, SANDERS, & WILLIAMS, P.L.L.C.**
**Post Office Box 496**
**Tupelo, Mississippi 38802-0496**
**Phone: (662) 844-2137**

**/s/ Derik Hicks**
**DERIK HICKS, BY AND FOR HIMSELF**

**/s/ Orlando R. Richmond**
**Orlando R. Richmond, Sr., MSB #9885**
**Attorney for Defendant, Derik Hicks**
**RICHMOND SIMON & ABSTON**
**Post Office Box 8599**
**Columbus, MS 39705**
**Phone: (662) 327-2722**