IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

AMERICAN NATIONAL PROPERTY
AND CASUALTY COMPANY                                                    PLAINTIFF

VERSUS                                                  CIVIL ACTION NO. 1:05CV241

SANDRA HICKS, DERIK HICKS, MARY
RYLAND AND JOEL RYLAND, CIARA TODD
AND CITICORP TRUST BANK, FBS, SUCCESSOR-
IN-INTEREST TO TRAVELERS BANK AND
TRUST                                                                   DEFENDANTS

## ORDER

This cause is before the Court on the plaintiff/counter-defendant's Motion for Stay [45]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is well-taken and should be granted. This matter will be stayed for a period of sixty (60) days from the entry of this Order to permit the parties an opportunity to complete settlement negotiations and/or to explore mediation.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff/counter-defendant's Motion for Stay [45] is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that this matter is hereby STAYED for a period of sixty (60) days. IT IS FURTHER ORDERED that the parties are to provide the Court with a status report at the conclusion of that time, or on or before November 1, 2006.

SO ORDERED, this the 1st day of September, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE