IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY and CASUALTY COMPANY | PLAINTIFF/ COUNTER-DEFENDANT |
| VERSUS | CIVIL ACTION NO. 1:05CV241-P-D |
| SANDRA HICKS, DERIK HICKS, MARY RYLAND, JOEL RYLAND, CIARA TODD, AND CITICORP TRUST BANK, FSB SUCCESSOR-IN-INTEREST TO TRAVELERS BANK AND TRUST | DEFENDANTS/ COUNTER-CLAIMANTS |

**ORDER**

This cause is before the Court on the defendants-counterclaimants' Motion to Lift Stay and for Scheduling Conference [49]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendants-counterclaimants' Motion to Lift Stay and for Scheduling Conference [49] is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that the stay imposed by this Court's Order on September 1, 2006 is hereby LIFTED. IT IS FURTHER ORDERED that the parties are to contact the assigned magistrate judge within ten (10) days of the entry of this Order for purposes of scheduling a case management conference.

SO ORDERED, this the 3rd day of January, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE