**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

AMERICAN NATIONAL PROPERTY
AND CASUALTY COMPANY, PLAINTIFF

VS. NO. 1:05CV241-P-D

SANDRA HICKS, et al., DEFENDANTS

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) Plaintiff's motion for summary judgment (docket entry 71) is GRANTED against Defendant Joel Ryland.

SO ORDERED, this the 3th day of April 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE